# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., | ) ) ) |
| Plaintiff, | ) ) No. 09 C 3987 |
| v. | ) ) Judge Lefkow ) Magistrate Judge Nolan |
| STL INTERNATIONAL, INC., and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) ) |

## AGREED ORDER

This matter coming before the Court on the final accounting of the Parties' Class Action Settlement Agreement, IT IS HEREBY ORDERED:

1. Plaintiff having filed a final accounting of the settlement showing distribution of the Settlement Fund according to the provisions of the Settlement Agreement and the Final Approval Order, this case shall now be dismissed with prejudice.

2. The Final Accounting Hearing set for November 16, 2010 at 9:30 a.m. is hereby stricken.

Date: **NOV 12 2010**      Entered: _____
Hon. Joan Humphrey Lefkow
United States District Judge